# EXHIBIT INDEX

A.    https://www.cbp.gov/travel/preclearance (last accessed September 29, 2025)

B.    https://www.massport.com/logan-airport/flights/international-flights (last accessed September 30, 2025)

C.    Video file separately submitted to the Court via flash drive

D.    Detention Notice

E.    https://www.dhs.gov/news/2025/09/09/ice-arrests-worst-worst-including-rapists-child-abusers-drug-traffickers-and-other (last accessed October 1, 2025)

F.    https://www.cbsnews.com/boston/news/immigration-tom-homan-president-trump-sanctuary-city-boston/ (last accessed October 1, 2025)

G.    https://www.wcvb.com/article/rosane-ferreira-deoliveira-attorney-worcester-ice-arrest/64749254 (last accessed October 2, 2025)

# EXHIBIT A

**Notice**

Due to the lapse in federal funding, this website will not be actively managed. **View additional information.**

CBP is Hiring! Applications are open and will not be delayed by the lapse in federal funding in accordance with the One Big Beautiful Bill Act (H.R.1). Apply today!

 U.S. Customs and Border Protection

U.S. Customs and Border Protection

# Preclearance



*Preclearance Operates at 15 Locations Worldwide!*

Customs and Border Protection (CBP) Preclearance is the strategic stationing of CBP personnel at designated foreign airports to inspect travelers prior to boarding U.S.-bound flights. With Preclearance, travelers then bypass CBP and Transportation Security Administration (TSA) inspections upon U.S. arrival and proceed directly to their connecting flight or destination.

Today, CBP has more than 600 officers and agriculture specialists stationed at 15 Preclearance locations in 6 countries: Dublin and Shannon in Ireland; Aruba; Bermuda; Abu Dhabi in the United Arab Emirates; Nassau in the Bahamas; and Calgary, Toronto, Edmonton, Halifax, Montreal, Ottawa, Vancouver, Victoria, and Winnipeg in Canada.

In 2024, CBP personnel stationed abroad precleared more than 22 million travelers, representing nearly 16 percent of all commercial air travelers to the United States.

# The Benefits of Preclearance

In operation since 1952, Preclearance has proven benefits for all major stakeholders in the air travel industry. Click below to learn about the specific benefits for each group.

## Traveler Benefits

✈ **No Security or Waiting Upon U.S. Arrival –** Skip CBP and TSA inspection lines upon arrival in the U.S and proceed directly to a connecting flight or final destination.

✈ **Easier Domestic Connections –** Accept tighter connection windows at U.S. airports and be less likely to miss

## Airline Benefits

✈ **Cost Savings –** Access less expensive U.S. domestic gates and more flexible arrival times at airports in the U.S.

✈ **Increase U.S. Market Access –** Establish new routes to desirable U.S. destinations that meet growing traveler demand.

## Airport Benefits

✈ **New U.S. Destinations –** Enable new direct routes to 160+ U.S. airports regardless of whether they have a CBP port of entry.

✈ **Terminal of the Future –** Use innovative technologies like facial recognition biometrics that expedite passenger processing, meeting the the

## Government Benefits

✈ **Enhanced Security –** Bolster the safety and security of all travelers while facilitating efficient trade and travel.

✈ **Greater Collaboration –** Increase communication between the U.S. and host governments through daily interaction with local law enforcement

a domestic connection.

demand of rising passenger volume to the U.S.

partners and government authorities.

## Preclearance Site Locations

Find contact information for any of the 15 Preclearance sites worldwide.

⤡ Close all    ⤢ Open all

### Canada +

| Port Name | Address | Operating Hours | Phone Number |
|---|---|---|---|
| **Calgary Preclearance** <br> **Calgary International Airport** | P.O. Box 155 <br> 2000 Airport Road, Northeast <br> Calgary, AB, T2E 6W5 | 4:30 a.m.- 8:00 p.m. | (403) 221-1641 |
| **Edmonton Preclearance** <br> **Edmonton International Airport** | 2312, 1000 Airport Road <br> Edmonton, AB, T9E 0V3 | 4:30 a.m. – 6:30 p.m. | (780) 890-4515 |

| Port Name | Address | Operating Hours | Phone Number |
|---|---|---|---|
| **Halifax Preclearance** **Robert L. Stanfield International** | Airport Level 2& 1 Bell Boulevard Enfield, NS, B2T 1K2 | 5:00 a.m. – 5:00 p.m. | (902) 873-7780 |
| **Montreal Preclearance** **Montreal Trudeau International Airport** | 975 Romeo Vachon Boulevard North Dorval, QC, H4Y 1H1 | 4:30 a.m. – 8:00 p.m. | (514) 636-3875 |
| **Ottawa Preclearance** **Ottawa MacDonald-Cartier International Airport** | 1000 Airport Road, Private Ottawa, ON, K1V 9B4 | 4:30 a.m. – 7:30 p.m. | (613) 523-8120 |
| **Toronto Preclearance** **Lester B. Pearson International Airport** | P.O. Box 115 Toronto AMF Toronto, ON, Canada L5P 1A2 | T1: 3:30 a.m. – 9:00 p.m. T3: 3:30 a.m. – 9:00 p.m. | (905) 676-2606 ext 120 |

## Caribbean                                                                   +

| Port Name | Address | Operating Hours | Phone Number |
|---|---|---|---|
| **Bahamas - Nassau Preclearance** **Lynden Pindling International** | 1 Windsor Field Road Nassau, Bahamas | 6:00 a.m. – 7:00 p.m. | (242) 377-7125 |

| Port Name | Address | Operating Hours | Phone Number |
|---|---|---|---|
| **Airport** | | | |
| **Bermuda Preclearance**<br>**L.F. Wade International Airport** | 2 Kindley Field Road<br>St. George's, Bermuda DD 03 | 7:00 a.m. – 4:00 p.m. | (441) 293-0353 |
| **Aruba Preclearance**<br>**Queen Beatrix International Airport** | U.S. Departure Terminal<br>Queen Beatrix Intl. Airport<br>Oranjestad, Aruba | 9:00 a.m. – 4:00 p.m. | + 297-588-7240 |

Please use your International Direct Dialing Number in place of the '+' for the country you are calling from. For example, if you are calling from the U.S., use 011; France, use 00; Australia, 0011.

## Ireland   +

| Port Name | Address | Operating Hours | Phone Number |
|---|---|---|---|
| **Dublin Preclearance**<br>**Dublin Airport** | Dublin Airport<br>Terminal 2, Pier 4<br>Dublin, Ireland | 7:00 a.m. – 4:30 p.m. GMT | *011-353-1-248-0300* |
| **Shannon Preclearance**<br>**Shannon Airport** | Shannon Airport<br>Co. Clare, Ireland V14 EE06 | 9:00 a.m. – 5:00 p.m. IST | +353 61 47 2297 |

## United Arab Emirates                                                    +

| Port Name | Address | Operating Hours | Phone Number |
|-----------|---------|-----------------|--------------|
| **Abu Dhabi Preclearance Abu Dhabi International Airport** | Abu Dhabi International Airport, Abu Dhabi Airport Free Zone | 6:00 a.m. – 2:00 p.m. | 011 971-2-575-9005 |

# Preclearance Contact Information

## Preclearance Field Operations

22001 Loudoun County Parkway
Mail Stop 1330
Ashburn, VA 20598-1330

## Questions & Customer Service

For general CBP inquiries, please call the CBP INFO Center Monday-Friday, between 9:00 a.m. and 4 p.m. Eastern Time.
**General Inquiries:** 1-877-CBP(227)-5511
**International Callers:** (202) 325-8000
**TDD:** https://www.fcc.gov/trs/

# Preclearance Videos



### History of U.S. Preclearance

The history of U.S. Preclearance. from its start in 1903 to modern day.

**Watch the Preclearance History YouTube Video**



### CBP Preclearance

Explore the time-saving convenience of clearing customs before visiting the U.S.

**Watch the Preclearance Future YouTube Video**



### Curb to Curb

Experience the Preclearance difference, curb to curb.

**Watch the YouTube Video on Curb to Curb Service**

**Last Modified: Sep 16, 2025**

# **EXHIBIT B**

[BOS]

# International Flights

Boston Logan International Airport is a global gateway.

Boston Logan connects Boston and New England to the world. Our airline partners offer more than 50 non-stop international destinations from Boston.

## International Departures

Terminal E is the primary international terminal at Boston Logan servicing international arrivals and departures; however, international departures may leave from any of Boston Logan's four terminals. Please check with your airline directly for gate assignments prior to arriving at the airport.

AIRLINES AT BOSTON LOGAN

## International Arrivals

Most of Boston Logan's international arrivals come through Terminal E for U.S. Customs and Border Protection processing. Some flights may **pre-clear U.S. Customs and Border Protection** at their point of origin before arriving at Boston Logan. Please check with your airline for more details.

If you are greeting passengers arriving at Terminal E internationally, meet them on the first floor Arrivals level of Terminal E once they have claimed their baggage and cleared customs.

# U.S. Customs and Border Protection (CBP)

U.S. Customs and Border Protection (CBP) is responsible for border management and control, combining customs, immigration, border security, and agricultural protection. They manage the following programs at Boston Logan:



## Know Before You Go

If you are a U.S. citizen planning to travel abroad, you must comply with the document requirements for that country. CBP offers a variety of resources for travelers to review before they leave.

**More Information**



## Global Entry

Global Entry is a CBP program that allows expedited clearance for pre-approved, low-risk travelers upon arrival in the United States.

**More Information**



## Mobile Passport Control (MPC)

MPC is a CBP program that allows U.S. citizens and Canadian visitors to use the Mobile Passport Control app to expedite their entry process into the United States.

**More Information**

PLAN YOUR TRIP

## Explore Boston Logan

Discover all that Terminal E has to offer on our terminal map.

**VIEW MAP**

# More Information



## Flight Status

Check on international arrivals and departures from Boston Logan.

**Learn More**



## Airlines

Find contact and booking information for our airline partners servicing international flights.

**Learn More**



## Connecting Flights

Learn more about connecting through Boston Logan on your international flight.

**Learn More**

  

Select Language

Powered by Google Translate

© 1999 - 2025 MASSPORT

TERMS & CONDITIONS

PRIVACY POLICY

CONTACT US

# **EXHIBIT C**

**[***Exhibit C filed separately with the Court via electronic flash drive***]**

# **EXHIBIT D**

DEPARTMENT OF HOMELAND SECURITY

No. 1335912

**DETENTION NOTICE AND CUSTODY RECEIPT FOR DETAINED PROPERTY**

Handbook 5200-09

| | |
|---|---|
| 1. Held for other agency? Yes ☐ No ☐ | |
| Name of Agency: HSI | |
| 2. Certified Mail No. | |
| 3. Investigative Case No. | |
| 4. General Order No. | |
| 5. Exodus Command Center Notified? | |
| ☐ Yes    ☐ No | |
| Date:    Time: | |

| 6. Port Code | 7. Date of Detention (mm/dd/yyyy) 09/28/2025 | 8. Time (Use 24 Hours) | 9. Entry Number |
|---|---|---|---|
| 10. Detained from: | | 11. Seal or Other ID No. | |
| Name: Andrew Lattarulo | | 12. Misc. Nos. | |
| Address: 99 Phoosant Book D North border | | 13. Remarks: | |
| Telephone No. (+1) 5587791 | | 14. FPF No. (For DHS Lab Use Only) ☐☐☐☐☐☐☐☐☐☐☐☐-☐☐ | |
| 15. Point of Contact Information - Send all correspondence to: | | 16. Additional Information/Action Request from Importer/Exporter/ Subject | |
| Telephone No. (617) 565-790 Fax No. ( ) | | | |

17. Reason for Detention: ongoing border search

18. Tests or Inquiries to be Conducted:

### 19. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | Packages Number | Type | Measurement Qty. | UM | Est. Dom. Value | Samples Sent to DHS Lab | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 001 | Phone | 1 | Foil | | | $ | Yes ☐ | No ☐ | / / |
| | | | | | | $ | Yes ☐ | No ☐ | / / |
| | | | | | | $ | Yes ☐ | No ☐ | / / |
| | | | | | | $ | Yes ☐ | No ☐ | / / |

20. Detaining Officer Name

11049  (Print)    Signature    09/28/2025  Date

### 21. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Shipments may be detained for up to 30 days, unless statutory authority or interagency agreement mandates that a longer period of time is required, or the importer/exporter/subject requests a longer detention period through the Port Director.

DHS 6051A Continuation Sheet Attached? Yes ☐ No ☐

Previous editions are obsolete

DHS Form 6051D (08/09)

# **EXHIBIT E**

| NOTICE | Due to the lapse in federal funding, this website will not be actively managed. Click here for more information. |
|---|---|


Homeland
Security

U.S. Department of Homeland Security

# ICE Arrests Worst of the Worst Including Rapists, Child Abusers, Drug Traffickers, and Other Violent Thugs During Operation Patriot 2.0 in Sanctuary Boston

**Release Date:** September 9, 2025

*Criminal illegal aliens flock to Sanctuary cities like Boston where politicians will allow them to terrorize innocent Americans*

WASHINGTON — Today, the Department of Homeland Security (DHS) released the following information, highlighting some of the worst of the worst criminal illegal aliens U.S. Immigration and Customs Enforcement (ICE) arrested in Massachusetts during the kickoff of 'Operation Patriot 2.0.'

"On September 6, ICE launched 'Patriot 2.0' to target the worst of the worst criminal illegal aliens living in the state of Massachusetts, following the *success of Operation Patriot in May* (/news/2025/06/06/operation-patriot-results-numerous-arrests-criminal-illegal-aliens-detainers-were)," said **Assistant Secretary Tricia McLaughlin.** "Sanctuary policies like those pushed by Mayor Wu not only attract and harbor criminals but protect them at the peril of law-abiding American citizens. ICE is arresting rapists, child abusers, drug traffickers, and other violent thugs. Under President Trump and Secretary Noem, nowhere is a safe haven for criminal illegal aliens. If you come to our country illegally and break our laws, we will hunt you down, arrest you, deport you, and you will never return."

Below are a few of the worst of the worst arrests made by America's brave ICE agents in Boston:



- Victor Gomez-Perez, a 33-year-old criminal illegal alien from Guatemala, with charges for **aggravated rape, assault and battery with a dangerous weapon, indecent assault and battery on a victim 14 years or older, and assault and battery on a police officer, and a conviction for assault.**



- Kely Yohana Espinosa-Viana, a 34-year-old criminal illegal alien from Colombia with charges for a**ggravated assault on a pregnant victim.**



- Brahian Valdez-Placencia, a 31– year-old criminal illegal alien from the Dominican Republic, with pending charges for **armed robbery, assault and battery, strangulation/suffocation, and violation of a court order.**



- Joshua Gonzalez Baez, a 24– year-old criminal illegal alien from the Dominican Republic with pending charges for **trafficking heroin/morphine/opium, resisting officer, disorderly conduct, drug distribution.**



- Samuel Armando Barrera-Hernandez, a 20–year-old criminal illegal alien from Guatemala, with pending charges for **assault and battery on a child.**

- Noe Feliciano Garcia-Majia, a 38-year-old criminal illegal alien from Guatemala, with previous arrests for **strangulation/suffocation, assault batter with a dangerous weapon, and assault and battery on a family member.**



- Paulo Lima Borges, a 39-year-old criminal illegal alien from Cape Verde, with convictions for **possession with intent to distribute cocaine and possession with intent to distribute heroin.**

###

**Topics**

IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

**Keywords**

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)     ALIEN (/KEYWORDS/ALIEN)     CRIME (/KEYWORDS/CRIME)

ILLEGAL (/KEYWORDS/ILLEGAL)     IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)     PUBLIC SAFETY (/KEYWORDS/PUBLIC-SAFETY)

WORST OF THE WORST (/KEYWORDS/WORST-WORST)

Last Updated: 09/25/2025

# **EXHIBIT F**



Boston | News    Weather    Sports    Video    WBZ Features                    ● 57°

LOCAL NEWS

## Tom Homan, President Trump's border czar, says he's "bringing hell" to sanctuary city Boston

**NEWS**



Tom Homan, the "border czar" for President Donald Trump's administration, is setting his sights on the City of Boston's <u>sanctuary city</u> policies.

Speaking at the Conservative Political Action Conference outside Washington, D.C. on Saturday, Homan issued a warning specifically to Boston Police Commissioner Michael Cox.

"The police commissioner of Boston, you said you'd double down on not helping the law enforcement offices of ICE. I'm coming to Boston, I'm bringing hell with me," Homan said, prompting applause from the crowd. "You're not a police commissioner. Take that badge off your chest, put it in your desk drawer. Because you became a politician. You forgot what it's like to be a cop."

## Tom Homan targets Boston and Massachusetts

Homan accused the state's police forces of neglecting their duty in targeting criminals who are in the country illegally. He said, without citing specifics, that he found multiple cases where criminals who he alleges were in the country illegally were in jail, but subsequently released.

"And guess what. The men and women of Immigrations and Custom Enforcement found those predators and they're locked back up. And we're going to deport them from the United States," Homan said.

AD



Boston is a sanctuary city. Mayor Michelle Wu will join the mayors of New York,
Chicago and Denver to <u>testify before a congressional oversight committee hearing</u>
investigating sanctuary city policies early next month.

Wu posted her support for the Boston Police Department on the social media
platform Bluesky.

"This is our city. We're going to continue following & enforcing the laws to keep
all Bostonians safe. And it goes without saying that our police commissioner has
my complete confidence & support," Wu posted.

Wu fired back again Sunday afternoon, saying, "It's insulting, we have the best
police commissioner in the country, Boston's crime levels are at the lowest ever
recorded in our history, we are at the least number of homicides since at least
1957 when reliable records started being kept. And year after year, under our
administration and under Commissioner Cox's leadership, gun violence has set
record lows and then broken those records one year after the other. So he's been
an amazing leader for the department."

"It's pretty clueless for someone to be insulting our police commissioner, whose
decades of experience, whose leadership in the role and whose results with our
amazing police department speak for themselves," Wu continued. "When every
single member of the community feels safe taking their kids to school, calling 911
when they need help or reporting information that they might know to law
enforcement when they have something to share and that takes a level of trust
that we're very proud to have. We have more work to do every day and we're
continuing to work at it."

## Boston Mayor Michelle Wu on sanctuary city status

House Oversight and Government Reform Committee Chairman James Comer, a
Republican from Kentucky, <u>launched the probe</u> in January.

"Boston is a sanctuary jurisdiction under the Boston Trust Act, which the Boston
City Council recently voted unanimously to reaffirm. Further, Boston is also
subject to Massachusetts's judicial precedent finding ICE detainers an unlawful
exercise of state power. Mayor Michelle Wu 'reiterated Boston's status as a

sanctuary city' shortly after the 2024 presidential election," Comer wrote in the letter to Wu at the time.

Initially, the mayors were asked to testify on February 11. Wu said earlier this month she would respond to the letter, but told reporters she preferred it to be at a later date after recently giving birth to her third child.

"I want to be accommodating and participate however best represents the city," Wu said. "We're very proud that Boston is the safest major city in the country. We have a lot to share about what has been working here, and we look forward to being able to get into the details of that."

## Gov. Maura Healey on immigration

Massachusetts has <u>eight sanctuary cities</u> - Amherst, Boston, Cambridge, Chelsea, Concord, Newton, Northampton, and Somerville.

In a December interview with WBZ-TV political analyst Jon Keller, Healey defended the state's immigration policies.

"We are not a sanctuary state. If you come here, there is not housing here, and I think that's been effective in changing the trajectory of [migration to Massachusetts]," Healey said.

**More from CBS News**

 Group to denounce arrest of veteran outside Broadview ICE facility

 Broadview opens criminal investigations into ICE agents, facility

 Trump's legal crackdown on "sanctuary" jurisdictions yields few results so far

 How Huntington Beach is bucking California's "sanctuary" policies

In:   **Immigration**   **Boston**   **Tom Homan**   **Michelle Wu**

# **<u>EXHIBIT G</u>**

NOWCAST                                                        Live Now ▶



☰        [5abc]                              ✉    ☀ 59°

Boston, MA  02108                              ‹   1 / 1   ›   ⏸

**59°**   ☀ Sunny   ⬧ 0%   📍   ➚



LUCE IMMIGRANT JUSTICE NETWORK OF MA

## 'No warrant was ever shown': Attorney of woman detained by ICE in Worcester, Mass., speaks out after arrest

Updated: 10:50 PM EDT May 12, 2025

**Editorial Standards** ⓘ

**Shaun Chaiyabhat**

**Imani Clement**

Digital Content Editor

**WORCESTER, Mass. —** The mayor of Worcester said he now wants a written policy for police interactions with Immigration and Customs Enforcement agents after the detainment of a Brazilian woman sparked public outrage.

Some are also saying that the way ICE agents moved in to arrest Rosane Ferreira-De Oliveira put the public in a dangerous scenario.

"The way that they're arresting people is putting the public at risk," said the family's attorney, Andrew Lattarulo.

A viral video of the arrest on Thursday has now gained national attention.

A crowd swarmed ICE agents as they arrested Ferreira-De Oliveira in front of her two daughters, one of whom was with a 3-month-old baby.

Ferreira-De Oliveira is now being held at a detention center in Rhode Island.

"Unknown persons approached her. They didn't know who they were. They were very confused. And the scene unfolded," Lattarulo said. "No warrant was ever shown to her mother, or to her, or to anyone. It seemed the agents were there to take custody of everybody."

Lattarulo said the whole family had an asylum hearing scheduled in July before ICE showed up.

Worcester police officers rushed to the scene to help maintain order before arresting those who tried to intervene.

One of those arrested during the scene was one of Ferreira-De Oliveira's minor daughters, but she was later released.

"If ICE presented a warrant and explained what was happening to the mother, I don't think this situation would have escalated," Lattarulo said.

He is also representing one of Ferreira-De Oliveira's older daughters in her immigration case.

Lattarulo said ICE was attempting to arrest her also, despite her legal status.

"My client has no criminal record. She's technically in this country legally. She is what's called a special immigrant juvenile," Lattarulo said.

"They were only able to apprehend Rosane because of all the people there and ICE felt unsafe and called Worcester Police because of people intervening," Lattarulo said.

In a statement on Sunday, the Department of Homeland Security referred to Ferreira-De Oliveira as "a violent criminal," and that she was arrested for "assault and battery with a dangerous weapon, and assault and battery on a pregnant victim."

Lattarulo said that a previous arrest of Ferreira-De Oliveira was a part of a family spat.

"What I know is that there was a misunderstanding in the home and what they allege in the criminal complaint is not what actually happened," Lattarulo said.

His client was not arrested or charged with any crime, but she is in hiding, worried ICE is after her, too.

"She's a 21-year-old mother with a 3-month-old, and her boyfriend was also apprehended during the raid by ICE. So now she's afraid," Lattaurlo said. "She's a single mother. She's staying with friends. She's nervous ICE is going to apprehend her."

A growing concern is that the family won't receive due process or an asylum hearing, for fear of possibly being picked up by ICE.

