UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW LATTARULO,<br><br>      Plaintiff,<br><br>      v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY;<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection;<br><br>JOHN DOE 1, in his official capacity as an agent of U.S. Immigration and Customs Enforcement;<br><br>JOHN DOE 2, in his official capacity as an agent of U.S. Immigration and Customs Enforcement;<br><br>JOHN DOE 3, in his official capacity as an agent of U.S. Immigration and Customs Enforcement;<br><br>JANE DOE, HSI ID NO.: 11049, in her official capacity as an agent of Homeland Security Investigations; and<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendants. | Civil Action No. 1:25-cv-12861-ADB |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR A TEMPORARY RESTRAINING ORDER

BURROUGHS, D.J.

Before the Court is an emergency motion, [ECF No. 6], by Andrew Lattarulo ("Plaintiff"). For purposes of Federal Rule of Civil Procedure 65(b), Plaintiff has made a sufficient showing that he has provided notice to Defendants and that, unless his motion for a temporary restraining order ("TRO") is granted, he will sustain immediate and irreparable injury before there is an opportunity to hear from all parties. Therefore, a TRO is warranted to preserve the status quo pending a hearing, and Plaintiff's motion is **GRANTED IN PART**.

Defendants are hereby **ENJOINED** from conducting any searches or further searches of Plaintiff's cell phone and from transmitting, analyzing, or otherwise using any data already gathered therefrom. A remote status conference is hereby scheduled for Tuesday, October 7, at 11:30 a.m. Plaintiff is instructed to ensure that any identified defendants are notified of the status conference.

October 3, 2025                                    /s/ Allison D. Burroughs
                                                   ALLISON D. BURROUGHS
                                                   U.S. DISTRICT JUDGE