UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW LATTARULO,<br><br>   Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY;<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection;<br><br>JOHN DOE 1, in his official capacity as an Agent of U.S. Immigration and Customs Enforcement;<br><br>JOHN DOE 2, in his official capacity as an Agent of U.S. Immigration and Customs Enforcement;<br><br>JOHN DOE 3, in his official capacity as an Agent of U.S. Immigration and Customs Enforcement;<br><br>JANE DOE, HSI ID NO.: 11049, in her official capacity as an Agent of Homeland Security Investigations; and<br><br>THE UNITED STATES OF AMERICA,<br><br>   Defendants. | Civil Action No. 1:25-12861-ADB |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendants.

Filing of this notice does not waive any defects in service.

        Respectfully submitted,

        LEAH B. FOLEY
        United States Attorney

By:   */s/ Eve A. Piemonte*
        Eve A. Piemonte
        Assistant United States Attorney
        United States Attorney's Office
        John J. Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3369

Dated: October 6, 2025        Eve.Piemonte@usdoj.gov