

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Boston
10 Causeway Street
Suite 722
Boston, MA 02222

## NOTICE OF INSPECTION

Georges Cote, LLP
Audai Cote
235 Marginal Street Suite 3
Chelsea, Massachusetts 02150

Dear Sir/Madam:

Employers are required under section 274A(b) of the Immigration and Nationality Act (INA), as amended by the Immigration Reform and Control Act of 1986 (IRCA) to verify the identity and employment eligibility of all individuals hired in the United States after November 6, 1986. Federal regulation, 8 C.F.R. Section 274a.2, designates the Employment Eligibility Verification Form I-9 (Form I-9) as the means of documenting this verification.

Pursuant to Section 274A of the INA, the U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI) SAC Boston is serving this Notice of Inspection ("Notice" or "NOI") to commence an inspection of your company's Forms I-9. Federal regulations afford employers **three (3)** business days' notice prior to the start of a Form I-9 inspection. This Notice serves as your advanced notification that HSI has scheduled an inspection of your company's original (wet ink) Forms I-9, or electronically generated with audit trails and/or retained Forms I-9, as applicable, to commence **three (3)** business days from the date of service of this Notice. The Forms I-9 and supporting documents listed in the associated administrative subpoena, if any, must be received by HSI no later than 9/12/2025 5:00 PM . As of the service date of this Notice, do not make any amendments to the existing Forms I-9. Any Forms I-9 that are prepared or completed after the service date of this Notice will not be part of this inspection.

**Your company may provide the requested Forms I-9 and any related supporting documents to the HSI office named in the letterhead of this Notice in one of the following ways: certified mail, hand-delivery, or by contacting the HSI Special Agent identified in this Notice to schedule a time for these items to be collected by the HSI Special Agent at your company's place of business.** Your company may also wish to provide a list of the items it will present to HSI, including the total number of Forms I-9 submitted for inspection.       Upon receipt of the original (wet ink) Forms I-9, electronically generated with audit trails and/or retained Forms I-9, as applicable, any related supporting documentation, and/or any property (e.g., CD, external hard drive, etc.) containing such items, as requested, an HSI Special Agent will provide a receipt that documents such items received from your company. Only original (wet ink) Forms I-9, electronically generated with audit trails and/or retained Forms I-9, as applicable, any related supporting documents, and/or any property containing such items (e.g., CD, external hard drive, etc.), as requested in this Notice and/or an administrative subpoena, if any, will be documented on the receipt provided by HSI.

This inspection will cover all your current employees as of the date of service of this Notice, and employees who were terminated on or after October 1, 2022. Your company may also wish to provide a list of all covered

**HOMELAND SECURITY INVESTIGATIONS**
*Office of the Special Agent in Charge SAC Boston*
*Subject: Notice of Inspection for Georges Cote, LLP*
*Page 2*

employees with hire dates and, if applicable, termination dates. This inspection is for employees employed by the above captioned during the requested time period at the following location(s):

235 Marginal Street, Suite 3, Chelsea, Massachusetts 02150

During the inspection, the undersigned will discuss the requirements of the applicable federal laws and regulations with you. In addition to presenting your company's Forms I-9, your company will need to present copies of any identity and/or employment authorization documents copied as part of the employment eligibility verification process. If your company utilizes an electronic system or software product to create electronically generated/modified/stored Forms I-9, you will need to present: the name of the electronic system or software product utilized; the internal business practices/protocols related to the generation of, use of, storage of, security of, and inspection and quality assurance programs for, your electronically generated/modified/stored Forms I-9. In addition, you will need to present: the indexing system identifying how the electronic information contained in the Form I-9 is linked to each employee; documents describing the system used to capture the electronic signature, including the identity and attestation of the individual signing the Form I-9; and the audit trail for each electronically generated/modified/ stored Form I-9. Further, pursuant to 8 C.F.R. Section 274a.2(e)(8)(ii), the undersigned may contact you to schedule a demonstration of the generation of an electronic Form I-9 by the electronic system or software product used by your company.

The purpose of this inspection is to assess your compliance with the federal laws and regulations applicable to employment eligibility verification. HSI will make every effort to conduct the inspection in a timely manner so as not to impede your normal business routine. Failure to provide the requested documents may lead to civil or criminal penalties.

If you have any questions with respect to this inspection and/or wish to discuss other Forms I-9 delivery options, please contact the undersigned.

If this Notice was served in person, you may waive the three-day notice period described above, if you wish to do so, by annotating and signing page three of this Notice and advising this office of your decision.

Sincerely,

*[signature]*

Michael Giovanoni

Special Agent in Charge (Acting)

Please send all questions and correspondence to Special Agent Lia-Sophie Keller :

10 Causeway Street , Rm. 722 , Boston, MA, 02222 or
HSIbostonworksiteenforcementunit@ice.dhs.gov

For more information on how to properly fill out a Form I-9, please visit:
https://www.uscis.gov/i-9-central/form-i-9-resources/handbook-for-employers-m-274

Date: 2025.09.05 20:42:59 +00:00

**HOMELAND SECURITY INVESTIGATIONS**
*Office of the Special Agent in Charge SAC Boston*
*Subject: Notice of Inspection for Georges Cote, LLP*
*Page 3*

## Waiver of the Three-Day Period

I wish to waive the three-day notice to which I am entitled by 8 C.F.R. Section 274a.2(b)(2)(ii).

_____   _____   _____
(Printed Name)              (Signature)                 (Date)

## Certificate of Service

This Notice of Inspection was served upon the employer by me on __9/8/2025__ in the following manner:
(Date of Service)   Fed Ex

☐ In person        ☐ Electronically        ☒ By certified mail, return receipt requested

Electronically served at _____
(Electronic service address of employer/business representative/attorney served)

Expressed consent for electronic service provided by _____
(Name and Title of owner/designated business representative/attorney served)

via email on _____
            Date

*Eric Cohen*
(Printed Name of HSI Special Agent)                    (Printed Name of Employer if Personally Served)

*E. Cohen* (signature)
(Signature of HSI Special Agent)                       (Signature of Employer if Personally Served)

| 1. To (Name, Address, City, State, Zip Code) <br> Georges Cote, LLP <br> Georges Cote Law <br> Audai Cote <br> 235 Marginal Street Suite 3 <br> Chelsea, Massachusetts 02150 | DEPARTMENT OF HOMELAND SECURITY <br><br> **IMMIGRATION ENFORCEMENT SUBPOENA** <br><br> To Appear and/or Produce Records <br> 8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: ███████████

2. In Reference To

_____   _____
(Title of Proceeding)                              (File Number, if Applicable)

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name <br> Title <br> Address | Lia-Sophie Keller <br> Special Agent <br> 10 Causeway Street <br> Rm. 722 <br> Boston, MA 02222 <br> United States | Telephone <br><br> (617) 939-5341 <br> Fax | 9/12/2025 5:00 PM |

4. Records required to be produced for inspection

Please see attached continuation page.

5. Authorized Official

*[signature]*

_____
(Signature)

Michael Giovanoni

_____
(Printed Name)

Special Agent in Charge (Acting)

_____
(Title)

9/5/2025 4:42 PM EST

_____
(Date)

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3.


U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 2 of 5



| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>Georges Cote, LLP<br>Georges Cote Law<br>Audai Cote<br>235 Marginal Street Suite 3<br>Chelsea, Massachusetts 02150 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

**Summons Number:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3. Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

1) A copy of all payroll journals covering the timeframe of October 1, 2022, through September 1, 2025;
2) A roster of all employees and their date of hire for time period listed above;
3) A roster of all employees terminated on or after October 1, 2022, including their date of termination;
4) Business information to include business registered name and/or operating name, Federal Employer Identification Number (FEIN), business address, business mailing address (if different), business telephone number(s), owner's name, owner's Social Security Number (SSN), owner's address, point of contact for Forms I-9 inspection including their name, title, phone number and e-mail address and a copy of the Articles of Incorporation (if applicable); and 5) Copies of any Social Security Administration Employer Correction Requests received (commonly referred to as "No- Match Letters").
Provide written responses to the following questions:
6) Are all the owner(s), manager(s) and employees listed on the same payroll? Are any employees paid in cash or any other method?;
7) Does the employer use E-Verify? If so, provide date participation started;
8) Identify any temporary employment agencies used since October 1, 2022, including the agency name, address, point of contact and list of temporary employees; and
9) Does the employer regularly use independent contractors in the normal course of business? If so, please provide supporting documents.

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent Lia-Sophie Keller at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ or HSIbostonworksiteenforcementunit@ice.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Lia-Sophie Keller at U.S. Immigration and Customs Enforcement:
10 Causeway Street , Rm. 722 , Boston, MA, 02222

If you have questions, please contact Special Agent Lia-Sophie Keller at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇


U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 4 of 5

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**

 U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 5 of 5

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on 9/8/2025 (Date), I served this subpoena on the witness named in Block 1 in the following manner:

Fed Ex

(Details of how service was effected)

_[signature]_
(Signature of Official Serving Subpoena)

Eric Cohen
(Printed Name of Official Serving Subpoena)

Auditor
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature

Title | Date | Time
☐ a.m.
☐ p.m.

DHS Form I-138 (6/09)