

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Boston
10 Causeway Street
Suite 722
Boston, MA 02222

# NOTICE OF INSPECTION

BO19NM25BO0002

Georges Cote, LLP
Audai Cote
235 Marginal Street Suite 3
Chelsea, Massachusetts 02150

Dear Sir/Madam:

Employers are required under section 274A(b) of the Immigration and Nationality Act (INA), as amended by the Immigration Reform and Control Act of 1986 (IRCA) to verify the identity and employment eligibility of all individuals hired in the United States after November 6, 1986. Federal regulation, 8 C.F.R. Section 274a.2, designates the Employment Eligibility Verification Form I-9 (Form I-9) as the means of documenting this verification.

Pursuant to Section 274A of the INA, the U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI) SAC Boston is serving this Notice of Inspection ("Notice" or "NOI") to commence an inspection of your company's Forms I-9. Federal regulations afford employers **three (3)** business days' notice prior to the start of a Form I-9 inspection. This Notice serves as your advanced notification that HSI has scheduled an inspection of your company's original (wet ink) Forms I-9, or electronically generated with audit trails and/or retained Forms I-9, as applicable, to commence **three (3)** business days from the date of service of this Notice. The Forms I-9 and supporting documents listed in the associated administrative subpoena, if any, must be received by HSI no later than 9/12/2025 5:00 PM . As of the service date of this Notice, do not make any amendments to the existing Forms I-9. Any Forms I-9 that are prepared or completed after the service date of this Notice will not be part of this inspection.

**Your company may provide the requested Forms I-9 and any related supporting documents to the HSI office named in the letterhead of this Notice in one of the following ways: certified mail, hand-delivery, or by contacting the HSI Special Agent identified in this Notice to schedule a time for these items to be collected by the HSI Special Agent at your company's place of business.** Your company may also wish to provide a list of the items it will present to HSI, including the total number of Forms I-9 submitted for inspection.          Upon receipt of the original (wet ink) Forms I-9, electronically generated with audit trails and/or retained Forms I-9, as applicable, any related supporting documentation, and/or any property (e.g., CD, external hard drive, etc.) containing such items, as requested, an HSI Special Agent will provide a receipt that documents such items received from your company. Only original (wet ink) Forms I-9, electronically generated with audit trails and/or retained Forms I-9, as applicable, any related supporting documents, and/or any property containing such items (e.g., CD, external hard drive, etc.), as requested in this Notice and/or an administrative subpoena, if any, will be documented on the receipt provided by HSI.

This inspection will cover all your current employees as of the date of service of this Notice, and employees who were terminated on or after October 1, 2022. Your company may also wish to provide a list of all covered

HOMELAND SECURITY INVESTIGATIONS
*Office of the Special Agent in Charge SAC Boston*
Subject: Notice of Inspection for   Georges Cote, LLP
Page 3

## Waiver of the Three-Day Period

I wish to waive the three-day notice to which I am entitled by 8 C.F.R. Section 274a.2(b)(2)(ii).

_____    _____    _____
(Printed Name)                              (Signature)                                    (Date)

## Certificate of Service

This Notice of Inspection was served upon the employer by me on __9/8/2025__, in the following manner:
(Date of Service)

FedEx 8841 9927 6724

☐ In person     ☐ Electronically     ☒ By certified mail, return receipt requested

Electronically served at _____
(Electronic service address of employer/business representative/attorney served)

Expressed consent for electronic service provided by _____
(Name and Title of owner/designated business representative/attorney served)

via email on _____
                    Date

_Eric Cohen_
(Printed Name of HSI Special Agent)                    (Printed Name of Employer if Personally Served)

_E. Cohen_
(Signature of HSI Special Agent)                         (Signature of Employer if Personally Served)



# Employment Eligibility Verification
## Department of Homeland Security
### U.S. Citizenship and Immigration Services

**USCIS Form I-9**
OMB No. 1615-0047
Expires 07/31/2026

**START HERE:** Employers must ensure the form instructions are available to employees when completing this form. Employers are liable for failing to comply with the requirements for completing this form. See below and the Instructions.

**ANTI-DISCRIMINATION NOTICE:** All employees can choose which acceptable documentation to present for Form I-9. Employers cannot ask employees for documentation to verify information in Section 1, or specify which acceptable documentation employees must present for Section 2 or Supplement B, Reverification and Rehire. Treating employees differently based on their citizenship, immigration status, or national origin may be illegal.

**Section 1. Employee Information and Attestation:** Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.

| Last Name (Family Name) | First Name (Given Name) | Middle Initial (if any) | Other Last Names Used (if any) |
|---|---|---|---|
| | | | |

| Address (Street Number and Name) | Apt. Number (if any) | City or Town | State | ZIP Code |
|---|---|---|---|---|
| | | | | |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's Email Address | Employee's Telephone Number |
|---|---|---|---|
| | | | |

I am aware that federal law provides for imprisonment and/or fines for false statements, or the use of false documents, in connection with the completion of this form. I attest, under penalty of perjury, that this information, including my selection of the box attesting to my citizenship or immigration status, is true and correct.

Check one of the following boxes to attest to your citizenship or immigration status (See page 2 and 3 of the instructions.):
☐ 1. A citizen of the United States
☐ 2. A noncitizen national of the United States (See Instructions.)
☐ 3. A lawful permanent resident (Enter USCIS or A-Number.)
☐ 4. A noncitizen (other than Item Numbers 2. and 3. above) authorized to work until (exp. date, if any) _____

If you check Item Number 4., enter one of these:

| USCIS A-Number | OR | Form I-94 Admission Number | OR | Foreign Passport Number and Country of Issuance |
|---|---|---|---|---|
| | | | | |

| Signature of Employee | Today's Date (mm/dd/yyyy) |
|---|---|
| | |

If a preparer and/or translator assisted you in completing Section 1, that person MUST complete the Preparer and/or Translator Certification on Page 3.

**Section 2. Employer Review and Verification:** Employers or their authorized representative must complete and sign Section 2 within three business days after the employee's first day of employment, and must physically examine, or examine consistent with an alternative procedure authorized by the Secretary of DHS, documentation from List A OR a combination of documentation from List B and List C. Enter any additional documentation in the Additional Information box; see Instructions.

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document Title 1 | | | | | |
| Issuing Authority | | | | | |
| Document Number (if any) | | | | | |
| Expiration Date (if any) | | | | | |
| Document Title 2 (if any) | | Additional Information | | | |
| Issuing Authority | | | | | |
| Document Number (if any) | | | | | |
| Expiration Date (if any) | | | | | |
| Document Title 3 (if any) | | | | | |
| Issuing Authority | | | | | |
| Document Number (if any) | | | | | |
| Expiration Date (if any) | | ☐ Check here if you used an alternative procedure authorized by DHS to examine documents. | | | |

**Certification:** I attest, under penalty of perjury, that (1) I have examined the documentation presented by the above-named employee, (2) the above-listed documentation appears to be genuine and to relate to the employee named, and (3) to the best of my knowledge, the employee is authorized to work in the United States.

First Day of Employment (mm/dd/yyyy):

| Last Name, First Name and Title of Employer or Authorized Representative | Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) |
|---|---|---|
| | | |

| Employer's Business or Organization Name | Employer's Business or Organization Address, City or Town, State, ZIP Code |
|---|---|
| | |

For reverification or rehire, complete Supplement B, Reverification and Rehire on Page 4.

## LISTS OF ACCEPTABLE DOCUMENTS

All documents containing an expiration date must be unexpired.
* Documents extended by the issuing authority are considered unexpired.
Employees may present one selection from List A or a
combination of one selection from List B and one selection from List C.

**Examples of many of these documents appear in the Handbook for Employers (M-274).**

| LIST A<br>Documents that Establish Both Identity and Employment Authorization | OR | LIST B<br>Documents that Establish Identity | AND | LIST C<br>Documents that Establish Employment Authorization |
|---|---|---|---|---|
| 1. U.S. Passport or U.S. Passport Card | | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | | 1. A Social Security Account Number card, unless the card includes one of the following restrictions:<br>(1) NOT VALID FOR EMPLOYMENT<br>(2) VALID FOR WORK ONLY WITH INS AUTHORIZATION<br>(3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | | | |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | | |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | | | | 2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240) |
| 5. For an individual temporarily authorized to work for a specific employer because of his or her status or parole:<br>a. Foreign passport; and<br>b. Form I-94 or Form I-94A that has the following:<br>(1) The same name as the passport; and<br>(2) An endorsement of the individual's status or parole as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | | 3. School ID card with a photograph | | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| | | 4. Voter's registration card | | |
| | | 5. U.S. Military card or draft record | | |
| | | 6. Military dependent's ID card | | |
| | | 7. U.S. Coast Guard Merchant Mariner Card | | 4. Native American tribal document |
| | | 8. Native American tribal document | | 5. U.S. Citizen ID Card (Form I-197) |
| | | 9. Driver's license issued by a Canadian government authority | | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | | **For persons under age 18 who are unable to present a document listed above:** | | 7. Employment authorization document issued by the Department of Homeland Security<br>For examples, see **Section 7** and **Section 13** of the M-274 on **uscis.gov/i-9-central**.<br>The Form I-766, Employment Authorization Document, is a List A, Item Number 4. document, not a List C document. |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | | 10. School record or report card | | |
| | | 11. Clinic, doctor, or hospital record | | |
| | | 12. Day-care or nursery school record | | |

### Acceptable Receipts

May be presented in lieu of a document listed above for a temporary period.
For receipt validity dates, see the M-274.

| | | | | |
|---|---|---|---|---|
| • Receipt for a replacement of a lost, stolen, or damaged List A document.<br>• Form I-94 issued to a lawful permanent resident that contains an I-551 stamp and a photograph of the individual.<br>• Form I-94 with "RE" notation or refugee stamp issued to a refugee. | OR | Receipt for a replacement of a lost, stolen, or damaged List B document. | | Receipt for a replacement of a lost, stolen, or damaged List C document. |

*Refer to the Employment Authorization Extensions page on **I-9 Central** for more information.



# Supplement A,
# Preparer and/or Translator Certification for Section 1

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-9
Supplement A
OMB No. 1615-0047
Expires 07/31/2026

| Last Name *(Family Name)* from Section 1. | First Name *(Given Name)* from Section 1. | Middle Initial (if any) from Section 1. |
|---|---|---|
| | | |

**Instructions:** This supplement must be completed by any preparer and/or translator who assists an employee in completing Section 1 of Form I-9. The preparer and/or translator must enter the employee's name in the spaces provided above. Each preparer or translator must complete, sign, and date a separate certification area. Employers must retain completed supplement sheets with the employee's completed Form I-9.

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | | Date *(mm/dd/yyyy)* | |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | Middle Initial *(if any)* |
| Address *(Street Number and Name)* | City or Town | State | ZIP Code |

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | | Date *(mm/dd/yyyy)* | |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | Middle Initial *(if any)* |
| Address *(Street Number and Name)* | City or Town | State | ZIP Code |

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | | Date *(mm/dd/yyyy)* | |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | Middle Initial *(if any)* |
| Address *(Street Number and Name)* | City or Town | State | ZIP Code |

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | | Date *(mm/dd/yyyy)* | |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | Middle Initial *(if any)* |
| Address *(Street Number and Name)* | City or Town | State | ZIP Code |



# Supplement B,
## Reverification and Rehire (formerly Section 3)

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-9
Supplement B
OMB No. 1615-0047
Expires 07/31/2026

| Last Name *(Family Name)* from Section 1. | First Name *(Given Name)* from Section 1. | Middle initial (if any) from Section 1. |
|---|---|---|
|  |  |  |

**Instructions:** This supplement replaces Section 3 on the previous version of Form I-9. Only use this page if your employee requires reverification, is rehired within three years of the date the original Form I-9 was completed, or provides proof of a legal name change. Enter the employee's name in the fields above. Use a new section for each reverification or rehire. Review the Form I-9 instructions before completing this page. Keep this page as part of the employee's Form I-9 record. Additional guidance can be found in the Handbook for Employers: Guidance for Completing Form I-9 (M-274).

| Date of Rehire *(if applicable)* | New Name *(if applicable)* | | |
|---|---|---|---|
| Date *(mm/dd/yyyy)* | Last Name (Family Name) | First Name (Given Name) | Middle Initial |

**Reverification:** If the employee requires reverification, your employee can choose to present any acceptable List A or List C documentation to show continued employment authorization. Enter the document information in the spaces below.

| Document Title | Document Number (if any) | Expiration Date (if any) (mm/dd/yyyy) |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented documentation, the documentation I examined appears to be genuine and to relate to the individual who presented it.

| Name of Employer or Authorized Representative | Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* |
|---|---|---|

| Additional Information (Initial and date each notation.) | ☐ Check here if you used an alternative procedure authorized by DHS to examine documents. |
|---|---|

| Date of Rehire *(if applicable)* | New Name *(if applicable)* | | |
|---|---|---|---|
| Date *(mm/dd/yyyy)* | Last Name (Family Name) | First Name (Given Name) | Middle Initial |

**Reverification:** If the employee requires reverification, your employee can choose to present any acceptable List A or List C documentation to show continued employment authorization. Enter the document information in the spaces below.

| Document Title | Document Number (if any) | Expiration Date (if any) (mm/dd/yyyy) |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented documentation, the documentation I examined appears to be genuine and to relate to the individual who presented it.

| Name of Employer or Authorized Representative | Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* |
|---|---|---|

| Additional Information (Initial and date each notation.) | ☐ Check here if you used an alternative procedure authorized by DHS to examine documents. |
|---|---|

| Date of Rehire *(if applicable)* | New Name *(if applicable)* | | |
|---|---|---|---|
| Date *(mm/dd/yyyy)* | Last Name (Family Name) | First Name (Given Name) | Middle Initial |

**Reverification:** If the employee requires reverification, your employee can choose to present any acceptable List A or List C documentation to show continued employment authorization. Enter the document information in the spaces below.

| Document Title | Document Number (if any) | Expiration Date (if any) (mm/dd/yyyy) |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented documentation, the documentation I examined appears to be genuine and to relate to the individual who presented it.

| Name of Employer or Authorized Representative | Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* |
|---|---|---|

| Additional Information (Initial and date each notation.) | ☐ Check here if you used an alternative procedure authorized by DHS to examine documents. |
|---|---|

                                                                  audai cote <acote@georgescotelaw.com>

# i9 Subpeona - Georges Cote Law
3 messages

**audai cote** <acote@georgescotelaw.com>                                            Fri, Sep 12, 2025 at 11:55 AM
To: lia-sophie.keller@hsi.dhs.gov
Bcc: Paula Uminski <finance@georgescotelaw.com>

Special Agent Keller,

Please find the enclosed relative to your subpoena.

Best,

Audai Cote



**AUDAI COTE**
FOUNDING PARTNER
GEORGES COTE LLP

⊚ 235 MARGINAL STREET, CHELSEA, MA 02150

☏ (617) INJURED

☏ (617) 884 1000

📠 (617) 884 1002

🌐 WWW.GEORGESCOTELAW.COM

✉ ACOTE@GEORGESCOTELAW.COM



## 7 attachments

 **2 - Employees listing Active 2025.xlsx**
16K

 **3 - Employee_Termination Oct 2022 - Sep 2025 (2).xlsx**
14K

 **1 - Payroll Journal JAN-DEC 2023.pdf**
857K

 **1 - Payroll Journal JAN-DEC 2024.pdf**
1018K

 **1 - Payroll Journal JAN-SEP 2025.pdf**
919K

 **1 - Payroll Journal OCT-DEC 2022.pdf**
152K


i9 supplement.pdf
91K

---

**Cohen, Eric** <Eric.Cohen@hsi.dhs.gov>                              Fri, Sep 12, 2025 at 4:50 PM
To: "acote@georgescotelaw.com" <acote@georgescotelaw.com>
Cc: "Keller, Lia-Sophie" <Lia-Sophie.Keller@hsi.dhs.gov>

Good afternoon Attorney Cote,

I hope this email finds you well. I am working along with SA Lia-Sophie Keller.

I want to thank you for putting your attention to the matter of the Form I-9 inspection as served on September 9th.

In addition to the subpoena request, the Notice of Inspection requests businesses to submit their employees Form I-9 and any accompanying work eligibility documentation.

For compliance, would Georges Cote Law be sending hard copies? If so, you may send along to our office at 10 Causeway Street, Rm. 722, Boston, MA 02222.

Regards,

Eric Cohen
Auditor
Worksite Enforcement
Homeland Security Investigations (HSI) - New England
Cell 617-756-3282

---

**From:** Keller, Lia-Sophie <Lia-Sophie.Keller@hsi.dhs.gov>
**Date:** Friday, Sep 12, 2025 at 3:41 PM
**To:** Cohen, Eric <Eric.Cohen@hsi.dhs.gov>
**Subject:** Fw: i9 Subpeona - Georges Cote Law

---

**From:** audai cote <acote@georgescotelaw.com>
**Sent:** Friday, September 12, 2025 11:55:17 AM
**To:** Keller, Lia-Sophie <lia-sophie.keller@hsi.dhs.gov>
**Subject:** i9 Subpeona - Georges Cote Law

> You don't often get email from acote@georgescotelaw.com. Learn why this is important

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Special Agent Keller,

Please find the enclosed relative to your subpoena.

Best,

Audai Cote
[Quoted text hidden]

---

**audai cote** <acote@georgescotelaw.com>                              Wed, Oct 15, 2025 at 4:23 PM
To: "Cohen, Eric" <Eric.Cohen@hsi.dhs.gov>
Cc: "Keller, Lia-Sophie" <Lia-Sophie.Keller@hsi.dhs.gov>

Good Afternoon,

Please find the enclosed I9 forms and accompanying documents, completed pursuant to our most recent discussions. After review, kindly contact me so that we may discuss.

Best,

Audai

 DHS 2nd folder.zip

[Quoted text hidden]
--
[Quoted text hidden]