# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW LATTARULO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY;<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection;<br><br>JOHN DOE 1, in his official capacity as an Agent of U.S. Immigration and Customs Enforcement;<br><br>JOHN DOE 2, in his official capacity as an Agent of U.S. Immigration and Customs Enforcement;<br><br>JOHN DOE 3, in his official capacity as an Agent of U.S. Immigration and Customs Enforcement;<br><br>JANE DOE, HSI ID NO.: 11049, in her official capacity as an Agent of Homeland Security Investigations; and<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Civil Action No. 25-12861-ADB |

**DEFENDANTS' ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE**

On November 21, 2025, the Court issued an electronic order setting a status conference in this action for November 25, 2025.  [Doc. No. 18].

On November 25, the undersigned counsel for Defendants will be on pre-approved leave November 24-28 for the Thanksgiving holiday.  Accordingly, Defendants request a continuance of the status conference.

Pursuant to Local Rule 7.1, the undersigned conferred with counsel for Plaintiff who assents to a continuance of the status conference to December 1, 2025 (after 12:00 p.m.) or at any time on December 2, 2025.

WHEREFORE, Defendants respectfully request the status conference be rescheduled to December 1 or 2, 2025.

Respectfully submitted,

LEAH B. FOLEY  
United States Attorney

|  |  |
|---|---|
|  | By:  */s/ Eve A. Piemonte*  <br>Eve A. Piemonte  <br>Assistant United States Attorney  <br>United States Attorney's Office  <br>John J. Moakley U.S. Courthouse  <br>1 Courthouse Way, Suite 9200  <br>Boston, MA  02210  <br>(617) 748-3369 |
| Dated: November 21, 2025 | Eve.Piemonte@usdoj.gov |

## LOCAL RULE 7.1 CERTIFICATION

I, Eve A. Piemonte, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Plaintiff in a good faith attempt to narrow or resolve the issues raised by this motion, and Plaintiff assents to the relief requested.

|  |  |
|---|---|
|  | */s/ Eve A. Piemonte*  <br>Eve A. Piemonte |
| Dated: November 21, 2025 | Assistant U.S. Attorney |