UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW LATTARULO, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY; <br><br> TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; <br><br> RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; <br><br> JOHN DOE 1, in his official capacity as an agent of U.S. Immigration and Customs Enforcement; <br><br> JOHN DOE 2; in his official capacity as an agent of U.S. Immigration and Customs Enforcement; <br><br> JOHN DOE 3; in his official capacity as an agent of U.S. Immigration and Customs Enforcement; <br><br> JANE DOE, HSI ID NO.: 11049, in her official capacity as an agent of Homeland Security Investigations; and <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendants. | C.A. No.: 1:25-cv-12861 |

### PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE STATEMENT OF POSITION BY JANUARY 9, 2026

On December 1, 2025, the Court held a status conference. The Plaintiff asked for and received from the Court an opportunity to provide its position on *in camera* review of materials that the government may provide to the Court to substantiate its reason(s) for seizing and intending to search the Plaintiff's mobile phone without a search warrant.

Counsel have conferred, and Plaintiff seeks additional time to consider and develop his position. In light of the upcoming holidays and travel for one of Plaintiff's attorneys, the Plaintiff seeks leave of Court to file his position by January 9, 2026, and otherwise maintain the status quo in this case.

Pursuant to Local Rule 7.1, the undersigned conferred with counsel for Defendants who assents to the motion.

ANDREW LATTARULO
By his attorneys,

Dated: December 17, 2025

*/s/ Pat Hanley*
Patrick Hanley, BBO # 658225
Mary Lemay, BBO # 711345
BUTTERS BRAZILIAN LLP
420 Boylston Street, 4th Floor
Boston, MA 02116
Phone: 617-367-2600
hanley@buttersbrazilian.com
lemay@buttersbrazilian.com

**LOCAL RULE 7.1 CERTIFICATION**

      I, Patrick Hanley, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Defendants in a good faith attempt to narrow or resolve the issues raised by this motion, and counsel for the Defendants assents to the relief requested.

/s/ Pat Hanley<br>
Patrick Hanley

Dated: December 17, 2025